STATE of Missouri, Respondent,

v.

Anthony L. JONES, Appellant.

No. ED 75783.

Missouri Court of Appeals, Eastern District, Division Four.

May 2, 2000.

Lorna C. Huber, Asst. Public Defender, St. Charles, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J., and JAMES A. PUDLOWSKI, Sr. J.

**ORDER**

PER CURIAM.

Defendant, Anthony L. Jones, appeals from the judgment entered following his conviction for the crime of stalking. He was sentenced to a term of six months in St. Charles County Jail.

We have reviewed the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We affirm the judgment of conviction pursuant to Rule 30.25(b).